Nov. Term, 1855.

THE STATE
v.
LEPPERT.

----*-•-•-•-*----

THE STATE *v.* LEPPERT.

APPEAL from the *Tippecanoe* Court of Common Pleas.

*Per Curiam.*—The affidavit and information conform to each other, and allege that *Leppert*, at, &c., on, &c., sold liquor by a less quantity than a gallon, to-wit, half a gallon, for the price of 30 cents, to one *A. B.*, the said liquor not then, &c., being sold for sacramental, &c., uses, excepted in the first section of the act of *March* 4, 1853, contrary, &c.

Motion to quash sustained. We think the affidavit and complaint contain substantially all the necessary averments. The motion to quash should have been overruled.

The judgment is reversed with costs.

*L. Reilly*, for the state.

*J. M. La Rue*, *W. C. Wilson* and *W. F. Lane*, for the appellee.

Wednesday, December 26.